IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,
v.                                                                CASE NO. 1:04-cr-00038-MP-AK

YORDAN PUGA-NESTAL,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 30, Defendant's Motion to Continue Sentencing. This Court held a hearing on this matter on Friday, May 20, 2005. The government does not object to a continuance.

    **ORDERED AND ADJUDGED:**

Defendant's Motion to Continue Sentencing, Doc. 30, is GRANTED. Defendant's sentencing hearing will be rescheduled by separate order.

    **DONE AND ORDERED** this ___20th___ day of May, 2005.

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge