IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                              CASE NO. 1:04-cr-00038-MP-AK

YORDAN PUGA-NESTAL,

     Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 14, Ex Parte Motion by Yordan Puga-Nestal for

prior authorization to hire a private investigator.  The investigator has been retained and

performed investigative services for which counsel intends to file CJA vouchers.  The motion is

granted, nunc pro tunc to January 10, 2005.

     **DONE AND ORDERED** this  _22nd_  day of June, 2005

                 *s/Maurice M. Paul*

                Maurice M. Paul, Senior District Judge